BACKUS *v.* RICHARDSON, 5 J. R. 476.

Not reported in court below.

</div>

*Slander ; Defective Count, and Damages assessed gene-rally.*

ACTION for slander, and demurrer to the whole declara-tion containing several counts for different words, some actionable and others not. The plaintiff's damages were assessed generally, and the Court of Errors, on writ of error, held, as in *Cheetham* and *Tillotson*, that the damages must be considered as applying to the whole declaration, and the judgment of the Supreme Court sustaining the verdict, under those circumstances, was accordingly *reversed.*

---

☞ *It seems* to have been held by the Court of Errors in

this case, that to say of a merchant, " You keep false books, and I can prove it," is actionable.